Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy



IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

**RECEIVED**

AUG 19 2010

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re:

CRISSMAN, JENNIFER

Debtor(s)

Case No. 09-48633 RN

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,000.00. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Peter Lee<br>557 Merritt Ave,<br>Oakland, CA 94610 | 1,000.00 | 1,000.00 |
| | Total Unclaimed Dividends | | $1,000.00 |

Dated: August 6, 2010

_____
Paul J Mansdorf, TRUSTEE

Case: 09-48633   Doc# 46   Filed: 08/11/10   Entered: 08/20/10 15:58:12   Page 1 of 1